# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

145189

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

KURT TERAMO,
          Plaintiff-Appellee,

v

                                        SC: 145189
                                        COA: 304301
                                        Kent CC: 10-006990-NO

CITY OF GRAND RAPIDS,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 19, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

t0716